DECISIONS PER CURIAM, FROM OCTOBER 5, 1925, TO AND INCLUDING JANUARY 11, 1926, OTHER THAN DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI.

No.—, original. EX PARTE IN THE MATTER OF THE CITY OF MONTEREY, October 12, 1925. Motion for leave to file petition for a writ of mandamus denied by the court in the exercise of its discretion, without prejudice to the petitioner's other remedies. *Messrs. Argyll Campbell, Golden W. Bell* and *Herman J. Hughes* for the City of Monterey.

---

No. 421. THE CITY OF TULSA ET AL. *v.* OKLAHOMA NATURAL GAS COMPANY ET AL. Appeal from the District Court of the United States for the Eastern District of Oklahoma. Motion to dismiss or affirm submitted October 5, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Pawhuska* v. *Pawhuska Oil Company,* 250 U. S. 394; *Trenton* v. *New Jersey,* 262 U. S. 182; *Newark* v. *New Jersey,* 252 U. S. 192, 196. *Messrs. Russell G. Lowe, David A. Richardson* and *E. S. Ratliff* for appellees, in support of the motion. *Messrs. Finis E. Riddle* and *Ira J. Underwood* for appellants, in opposition thereto.

---

No. 236. GEORGE E. BOWLING ET AL. *v.* FRANK BEAVER ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted October 5, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Dick Rice* for defendants in error, in support of the